154 So. 811

## PROVIDENT LIFE & ACCIDENT INS. CO. v. Anna C. HEIDELBERG.
### 1 Div. 792.

Supreme Court of Alabama.
May 17, 1934.

Rehearing Denied May 31, 1934.

Wm. S. Pritchard and Jas. W. Aird, both of Birmingham, and Dozier & Gray, of Mobile, for appellant.

Arthur J. Kearley, of Mobile, for appellee.

BROWN, Justice.

This case was tried at the same time and before the same jury as Provident Life & Accident Insurance Company v. Anna C. Heidelberg (Ala. Sup.) 154 So. 809,[1] between the same parties, and the questions presented in the two cases are identical.

This case is therefore reversed on the authority of the opinion of the court in said case.

Reversed and remanded.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

